IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FEDERICO DE JESUS ESTACIO, JR., | CV. 06-6273-HU |
| Plaintiff, | ORDER |
| v. | |
| OREGON JUDICIAL DEPARTMENT, et al., | |
| Defendants. | |

HAGGERTY, Judge

    Plaintiff's motion for voluntary dismissal (#5) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __12__ day of January, 2007.

                                     _____/s/ Ancer L. Haggerty_

                                     Ancer L. Haggerty

                                     United States District Judge